**ORIGINAL**

**FILED**
08 JUL 25 PM 1:53
RICHARD W. WIEKING
U.S. DISTRICT COURT

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

Danny Camel

    Plaintiff, CV 08 CASE NO. 3583

vs.

Michael A. Smelosky

    Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Danny Camel__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Local No. 297 Salinas, CA 93901_
5  _2-3-04  $21.64 hr.    Gross. $735.76_
6  _per. Month  $2,000 - 2,800_
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ☐  No ☒
10          self employment
11    b.   Income from stocks, bonds,           Yes ☐  No ☒
12         or royalties?
13    c.   Rent payments?                       Yes ☐  No ☒
14    d.   Pensions, annuities, or              Yes ☐  No ☒
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ☐  No ☒
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married? _Divorce Pending_     Yes ☐  No ☐
24  Spouse's Full Name: _Virginia Ortiz_
25  Spouse's Place of Employment: _Natividad Hospital Salinas, CA 93908_
26  Spouse's Monthly Salary, Wages or Income: _N/A_
27  Gross $ _N/A_                Net $ _N/A_
28  4.   a.   List amount you contribute to your spouse's support:$ _-0-_

-2-

1      b.    List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support. (NOTE:

3            For minor children, list only their initials and ages. DO NOT INCLUDE

4            THEIR NAMES.).

5  J.E.C *Age 15*, A.M.C Age 10, D.A.C Age 4

6  Contribute no funds since 2004

7  5.    Do you own or are you buying a home?    Yes ☐  No ☒

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?    Yes ☐  No ☒

10  Make _____ Year _____ Model _____

11  Is it financed? Yes ☐  No ☐  If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account? Yes ☐  No ☒ (Do <u>not</u> include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $_____

17  Do you own any cash? Yes ☐  No ☒  Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ☐  No ☒

20  _____

21  8.    What are your monthly expenses? **None**

22  Rent: $_____    Utilities: _____

23  Food: $_____    Clothing: _____

24  Charge Accounts:

25  

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  $2,500 Restitution to the County of Monterey
4  _____
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐  No ☒
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 _____
11 _____
12        I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14        I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.
16
17 _7-20-08_                         _____
          DATE                        SIGNATURE OF APPLICANT
18
19
20                                 Case Number: _H03 1384_
21
22
23
24
25
26
27
28

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __CAMEL, DANNY__,
(NAME OF INMATE)

__F64835__,
(INMATE'S CDC NUMBER)

has the sum of $ __18__ on account to his/her credit at

__CENTINELA STATE PRISON__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __43.50__,

and the *average monthly deposits* to the applicant's account was $ __21—__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__7/21/08__
DATE

__[signature] Preciado__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__MONICA PRECIADO__
OFFICER'S FULL NAME (PRINTED)

__Account Clk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)     -4-     K:\COMMON\FORMS\CIV-67.

```
REPORT ID: TS3030 .701                                                                              REPORT DATE: 07/21/08
                                                                                                    PAGE NO:           1
                                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                                          CENTINELA STATE PRISON
                                       INMATE TRUST ACCOUNTING SYSTEM
                                       INMATE TRUST ACCOUNT STATEMENT

                              FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 21, 2008

ACCOUNT NUMBER  : F64835                              BED/CELL NUMBER: FAB1T1000000105U
ACCOUNT NAME    : CAMEL, DANNY                        ACCOUNT TYPE:   I
PRIVILEGE GROUP : A

                                   TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION        COMMENT         CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE

02/01/2008   BEGINNING BALANCE                                                             0.00
02/26  D320  TRUST FUNDS T       5008 NKSP                     90.00                      90.00
03/05  W536  COPAY CHARGE        5169M03/04                                 5.00          85.00
03/10  FC01  DRAW-FAC 1          5306 FAC A                                40.00          45.00
03/13  W536  COPAY CHARGE        5369M03/12                                 5.00          40.00
03/26  W534  MEDICAL CHARG       5644 ARTAP                                12.00          28.00
04/14  FC01  DRAW-FAC 1          6052 FAC A                                28.00           0.00
05/01*DD30   CASH DEPOSIT        6464 MLRM                     18.00                      18.00
05/12  FC01  DRAW-FAC 1          6697 FAC-A                                18.00           0.00
07/10*DD30   CASH DEPOSIT        0255 MLRM                     18.00                      18.00

                             *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/25/07             CASE NUMBER: SS040867
COUNTY CODE:    MON                  FINE AMOUNT: $   2,500.00

DATE     TRANS.   DESCRIPTION                    TRANS. AMT.                 BALANCE

02/01/2008  BEGINNING BALANCE                                               2,500.00
01/08     DR30    REST DED-CASH DEPOSIT          20.00-                     2,480.00
06/08     DR30    REST DED-CASH DEPOSIT          20.00-                     2,460.00

     *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT   *
     *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.         *

                              TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL           TOTAL         CURRENT      HOLDS      TRANSACTIONS
    BALANCE       DEPOSITS      WITHDRAWALS      BALANCE     BALANCE     TO BE POSTED

      0.00         126.00          108.00          18.00       0.00          0.00

                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE

                                                                18.00
```

```
TS210B          CALIFORNIA DEPARTMENT OF CORRECTIONS
                    ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  F64835
   ACCOUNT NAME: CAMEL, DANNY
   ACCOUNT TYPE: T
CURRENT BALANCE:      0.00
   HOLD BALANCE:      0.00
 ENCUM. BALANCE:      0.00
      AVAILABLE:      0.00
PRIVILEGE GROUP:
   LAST CANTEEN: 01/11/2008
---------------------- ACCOUNT TRANSACTIONS ----------------------TS210CA
   DATE   TRAN    AMOUNT   DESCRIPTION      CHECK NUM   COMMENT     BALANCE
   ----   ----    ------   -----------      ---------   -------     -------
 11/15/07 FR01    50.00    CANTEEN RETURN                701535      288.91
 11/15/07 W536     5.00-   COPAY CHARGE                  1541/MD     283.91
 11/19/07 FC03    83.91-   DRAW-FAC 3                    1555/RCB2D  200.00
 12/13/07 FC03    60.00-   DRAW-FAC 3                    1856/RCB2D  140.00
 01/11/08 FC03    50.00-   DRAW-FAC 3                    2092/RCB2D   90.00
 02/15/08 W610    90.00-   TRANSFER OF TRU  154-049545   2456/CEN      0.00
 PAGE#    1 OF    3 PAGES

   REST    ACCOUNT  PREVIOUS  NEXT         DISPLAY  SELECT    PRINT    MAIN
   FINES   DISPLAY  PAGE      PAGE         HOLDS    NEW ACCT  SCREEN   MENU
```

