Danny Camel
F-64835
Centinela State Prison
P.O. Box 901
Imperial, CA 92251

In Pro Per

FILED
08 JUL 25 PM 1:53
RICHARD W. WIEKING
U.S. DISTRICT COURT

(PR)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 3583 WHA

| DANNY CAMEL, | No. |
| Petitioner, | |
| v. | MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 18 U.S.C. SECTION 3006(a)(2)(B) |
| MICHAEL A. SMELOSKY, | |
| RESPONDENT. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 18 U.S.C. section 3006(a)(2)(B), petitioner respectfully applies for the appointment of counsel. This application is supported by the attached declaration of Danny Camel and the financial form which has been submitted with my petition for writ of habeas corpus..

Dated: July 20 2008

Respectfully submitted,

/s/ Danny Camel
Danny Camel
Petitioner in pro per

- 1 -

## DECLARATION OF DANNY CAMEL

I am the petitioner in *Camel v. Smelosky*. I am a layperson and am completely unschooled in the law. In my opinion, there are meritorious grounds stated in my petition. However, due to my lack of knowledge of legal principles, I am unable to skillfully present my case. Thus, I am in need of legal counsel.

In addition, I would note that it is likely that an evidentiary hearing will be necessary in this case since the state court did not hold one. Thus, I would respectfully request that the Office of the Federal Public Defender be appointed to represent me in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of July, 2008, at Imperial, California.

_____
Danny Camel