IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY CAMEL
                Plaintiff,

        v.

Michael A. Smelosky
                Defendant.

CASE NO. C08 - 3583 WHA

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

FILED

SEP - 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

        I, DANNY CAMEL                , declare under penalty of perjury
that I am the plaintiff in the above entitled case and that the
information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without
being required to prepay the full amount of fees, costs or give
security.  I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes _____  No  X

If your answer is "yes," state both your gross and net salary or wages
per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received.  (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

_____

Local No. 297 Salinas, CA 93901
2-3-04  $21.64 hr.  Gross. $735.76
Per. Month $2,000 - 2,800

1

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | | |
|---|---|---|---|---|
| a. | Business, Profession or self employment | Yes _____ | No ✗ |
| b. | Income from stocks, bonds, or royalties? | Yes _____ | No ✗ |
| c. | Rent payments? | Yes _____ | No ✗ |
| d. | Pensions, annuities, or life insurance payments? | Yes _____ | No ✗ |
| e. | Federal or State welfare payments, Social Security or other govern-ment source? | Yes _____ | No ✗ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married?   Yes _X_  No _____   Divorce Pending

Spouse's Full Name: Virginia Ortiz

Spouse's Place of Employment: Natividad Hospital Salinas, CA 93908

Spouse's Monthly Salary, Wages or Income: N/A

Gross $ N/A          Net $ N/A

4.   a.   List amount you contribute to your spouse's support:

$ 0

     b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

Jasmine Eva Camel Age 15, Alyssa Miriah Camel Age 10
Deivante Christian Camel Age 4, Contribute no funds since 2004

5.   Do you own or are you buying a home?   Yes _____  No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes _____  No ✗

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes __✗__  No _____

Name(s) and address(es) of bank: _Centinela State Prison_

_P.O. Box 901 Imperial, Ca 92251_

Present balance(s):  $ __-0-__

Do you own any cash?  Yes _____  No __✗__  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)    Yes _____  No _____

8.    What are your monthly expenses?  _NONE_

Rent:  $ _____    Utilities:  _____

Food:  $ _____    Clothing:  _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

_$2,460.00  Restitution to the county of Monterey_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8-28-08_
DATE

_Tammy Carnel_
SIGNATURE OF APPLICANT

_CV 08 - 3583_

3

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

### PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___CAMEL, DANNY___

(NAME OF INMATE)

___F64835___

(INMATE'S CDC NUMBER)

has the sum of $ _50ȼ_ _____ on account to his/her credit at _____

___CENTINELA STATE PRISON___

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___∅___

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months the applicant's *average monthly balance* was** $ _39.92_ ,

and the *average monthly deposits* to the applicant's account was $ _21_ .

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT</u>
<u>STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD</u>
<u>IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___8/29/30___

DATE

___Preciado___

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___MONICA PRECIADO___

OFFICER'S FULL NAME (PRINTED)

___ACCOUNT CLERK II___

OFFICER'S TITLE/RANK

Case Number: _CV 08-3583_

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**


    I certify that attached hereto is a true and correct copy of

the prisoner's trust account statement showing transactions of

_DANNY CAmel F-61035_ for the last six months at
[prisoner name]

_Centinela State Prison_ where (s)he is confined.
[name of institution]

    I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were $_____ and

the average balance in the prisoner's account each month for the most

recent 6-month period was $_____.


Dated:_____          _____
                                Authorized officer of the institution


4

REPORT ID: TS3030    .701

REPORT DATE: 08/29/08
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 29, 2008

ACCOUNT NUMBER  : F64835                    BED/CELL NUMBER: FAB1T100000105U
ACCOUNT NAME    : CAMEL, DANNY              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 02/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/26 | D320 | TRUST FUNDS T | 5008 NKSP | | 90.00 | | 90.00 |
| 03/05 | W536 | COPAY CHARGE | 5169M03/04 | | | 5.00 | 85.00 |
| 03/10 | FC01 | DRAW-FAC 1 | 5306 FAC A | | | 40.00 | 45.00 |
| 03/13 | W536 | COPAY CHARGE | 5369M03/12 | | | 5.00 | 40.00 |
| 03/26 | W534 | MEDICAL CHARG | 5644 ARTAP | | | 12.00 | 28.00 |
| 04/14 | FC01 | DRAW-FAC 1 | 6052 FAC A | | | 28.00 | 0.00 |
| 05/01*DD30 | | CASH DEPOSIT | 6464 MLRM | | 18.00 | | 18.00 |
| 05/12 | FC01 | DRAW-FAC 1 | 6697 FAC-A | | | 18.00 | 0.00 |
| 07/10*DD30 | | CASH DEPOSIT | 0255 MLRM | | 18.00 | | 18.00 |
| 07/22 | W521 | FUND RAISER C | 0516 PIZZA | | | 13.50 | 4.50 |
| 08/18 | FC01 | DRAW-FAC 1 | 1072 FAC A | | | 4.00 | 0.50 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/25/07                     CASE NUMBER: SS040867
COUNTY CODE: MON                             FINE AMOUNT: $   2,500.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 02/01/2008 | | BEGINNING BALANCE | | 2,500.00 |
| 05/01/08 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 2,480.00 |
| 07/10/08 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 2,460.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.         *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 126.00 | 125.50 | 0.50 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
0.50

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

GENERATED FROM
CENTINELA STATE PRISON

$01.00
02 1A
00043652531
MAILED FROM ZIP CODE 92251
AUG 29 2008

RECEIVED

SEP - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANNY CAMEL F-64835
A1-105 Centinela State Prison
P.O. Box 901
Imperial, CA 92251

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

LEGAL MAIL
CONFIDENTIAL

AUG 2 8 2008

NEED trust office custody cath'

